IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE BEKENDAM, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-02307-K (BT) |
| | § | |
| STATE OF TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated March 3, 2021, the Court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court. Thus, Plaintiff's complaint (ECF No. 3) is dismissed with prejudice as frivolous, her motions "to Quit Claim in Support of Deed of Trust" (ECF No. 35) and "for Judgment to Disclose Defendant and Amend Lawsuit in Demand for Legal Counsel" (ECF No. 36) are denied, and any other filings that could be construed as pending motions are denied as moot. Finally, given her continuous filing of frivolous lawsuits, Plaintiff is sanctioned and barred from

proceeding *in forma pauperis* in this Court without first being given leave of Court to do so.

It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SO ORDERED.

Signed March 18th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE